| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID E. MCALLISTER (CA SBN 185831)<br>BALPREET K. THIARA (CA SBN 265150)<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858)750-7600 Facsimile: (619) 590-1385<br><br>☒ Attorney for Movant DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2005QA10<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>JUN 22 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY sapronet DEPUTY CLERK |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER: 6:09-BK-30261-TD |
| In re:<br><br>HUMBERTO BARRAZA AND ROSA MARIA BARRAZA , Debtor(s) and ROD (TD) DANIELSON, Chapter 13 Trustee<br><br>Debtor(s). | (No Hearing Required) |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER: MOTION TO APPROVE LOAN MODIFICATION AGREEMENT**

Based on Movant's Motion filed on May 13, 2010 as docket entry number 59, the recommendation of the Chapter 13 Trustee, and the hearing held on the same on June 8, 2010, at 1:30 p.m., it is ORDERED that Movant's Motion is:

☒    GRANTED            ☐    DENIED

☒    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion (docket entry number 61).

☐    GRANTED on the following conditions:

_____

###

DATED: June 22, 2010

_____
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                            **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 2*                    **F 3015-1.14**

| In re: HUMBERTO BARRAZA AND ROSA MARIA BARRAZA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-BK-30261-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described ___ORDER ON MOTION TO APPROVE LOAN MODIFICATION AGREEMENT___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   June 16, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Humberto Barraza and Rosa Maria Barraza<br>23683 Pico Avenue<br>Romoland, CA 92585 | Rod (TD) Danielson<br>4361 Latham Street, Ste. 270<br>Riverside, CA 92501 | Hon. Thomas Donovan<br>3420 Twelfth Street<br>Riverside, CA 92501-3819 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entities) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 3015-1.14**

| In re: HUMBERTO BARRAZA  AND ROSA MARIA BARRAZA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-BK-30261-TD |

| June 16, 2010 | Diana Malkin | /s/ Diana Malkin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.14**

| In re: HUMBERTO BARRAZA  AND ROSA MARIA BARRAZA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-BK-30261-TD |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____ORDER ON MOTION TO APPROVE LOAN MODIFICATION AGREEMENT_____
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____June 16, 2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Leroy Bishop Austin**     lbishopbk@yahoo.com         **Balpreet K. Thiara**     ecfcacb@piteduncan.com

**Rod (TD) Danielson**     notice-efile@rodan13.com    **United States Trustee**  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

   Humberto Barraza
   Rosa Maria Barraza
   23683 Pico Avenue
   Romoland, CA 92585
   **(Debtors)**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                              **F 3015-1.14**